**ORAL ARGUMENT NOT YET SCHEDULED**

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

Nos. 24-1071, -1238 (consol.)

GRAND RIVER DAM AUTHORITY,
*Petitioner*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent*.

On Petition For Review Of Agency Action By The
Federal Energy Regulatory Commission, 186 FERC ¶ 61,045 (2024),
186 FERC ¶ 62,124 (2024), 187 FERC ¶ 61,211 (2024)

## PETITIONER'S STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c) and this Court's Order entered on July 10, 2024, Dkt. 2064006, Petitioner Grand River Dam Authority respectfully submits this statement that the parties intend to use a deferred Joint Appendix in this proceeding.

Dated: August 9, 2024

Respectfully Submitted,

Charles R. Sensiba  
Elizabeth J. McCormick  
Sahara D. Shrestha  
Troutman Pepper Hamilton Sanders LLP  
401 9th St. NW  
Suite 1000  
Washington, DC 20004  
(202) 274-2950  
charles.sensiba@troutman.com  
elizabeth.mccormick@troutman.com  
sahara.shrestha@troutman.com  

Andrea W. Wortzel  
Dabney J. Carr  
Troutman Pepper Hamilton Sanders LLP  
1001 Haxall Point  
15th Floor  
Richmond, VA 23219  
(804) 697-1200  
andrea.wortzel@troutman.com  
dabney.carr@troutman.com  

/s/ *Misha Tseytlin*  
Misha Tseytlin  
*Counsel of Record*  
Kevin M. LeRoy  
Troutman Pepper Hamilton Sanders LLP  
227 W. Monroe Street  
Suite 3900  
Chicago, IL 60606  
(608) 999-1240 (MT)  
(312) 759-1939 (fax)  
misha.tseytlin@troutman.com  
kevin.leroy@troutman.com  

*Counsel for Grand River Dam Authority*

# CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, I hereby certify that, on August 9, 2024, I caused the forgoing document to be electronically filed using the Court's CM/ECF system, which automatically provides email notification of the filing to the attorneys of record in the above captioned docket.

Dated: August 9, 2024

/s/ Misha Tseytlin
MISHA TSEYTLIN
*Counsel of Record*
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

*Counsel for Grand River Dam Authority*