# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-1071** | **September Term, 2024** |
| | FERC-Project-1494-455 |
| | FERC-Project-1494-468 |
| | **Filed On: May 12, 2025** |

Grand River Dam Authority,

       Petitioner

      v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

City of Miami, Oklahoma,
               Intervenor

------------------------------

Consolidated with 24-1238

    **BEFORE:**   Wilkins, Rao, and Walker, Circuit Judges

## O R D E R

    It is **ORDERED**, on the court's own motion, that these petitions be held in abeyance until the Federal Energy Regulatory Commission issues an order that does at least one of the following: 1) changes the project boundary from the boundary applicable to the 1992 license, *see* Pet'r's Br. 7-8; J.A. 80-82, 2) requires the Grand River Dam Authority to acquire additional property rights, 3) otherwise determines the Authority's obligations, or 4) determines not to take any of those actions.

    The Federal Energy Regulatory Commission is directed to file a status report on August 7, 2025, and at 90-day intervals thereafter.

    The parties are directed to file motions to govern future proceedings within 30 days of the completion of agency proceedings.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:   /s/
                       Scott H. Atchue
                       Deputy Clerk